FILED

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0251

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0251

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

AMIEL JON GARDIPE JR.,

      Defendant and Appellant.

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 22, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 25 2022